**GREGORY MATUSOFF**                     *        NO. 2019-CA-0932

**VERSUS**                               *

**DEPARTMENT OF FIRE**                   *        **COURT OF APPEAL**

                                         *        **FOURTH CIRCUIT**

                                         *        **STATE OF LOUISIANA**

                              * * * * * * *


APPEAL FROM
CITY CIVIL SERVICE COMMISSION ORLEANS
NO. 8879
* * * * * *

**JAMES F. MCKAY III**
**CHIEF JUDGE**
* * * * * *

(Court composed of Chief Judge James F. McKay III, Judge Terri F. Love, Judge
Regina Bartholomew-Woods)


**ON APPLICATION FOR REHEARING**

IMTIAZ A. SIDDIQUI
IAS LAW LLC
900 Camp Street Suite 435
New Orleans, Louisiana 70130
        COUNSEL FOR PLAINTIFF/APPELLANT


ELIZABETH ROBINS
DEPUTY CITY ATTORNEY
ERAKA W. DELARGE
ASSISTANT CITY ATTORNEY
DONESIA D. TURNER
SENIOR CHIEF DEUPTY CITY ATTORNEY
SUNNI J. LEBEOUF
CITY ATTORNEY
1300 Perdido Street, Room 5E03
New Orleans, Louisiana 70112
        COUNSEL FOR DEFENDANT/APPELLEE

                              **GRANTED FOR LIMITED PURPOSE**

                              **JUNE 24, 2020**

*JFM*
*RBW*

Rehearing in this matter is granted for the limited purpose of amending our original opinion to award Mr. Matusoff all back wages and emoluments of employment from the date of his termination until the day of his reinstatement with the exception of the period from February 12, 2019 through March 11, 2019.[1]

Accordingly, we now amend our opinion as such.

**GRANTED FOR LIMITED PURPOSE**

---

[1] "When the continuance of a hearing is granted at the request of an appellant, it shall be deemed to be a waiver of back pay for the period of time occasioned by the delay, unless the Commission shall rule otherwise." Rule II, Section 4.12 of the Rules of the Civil Service Commission.